## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION
### File Number 8:18-cv-01606-WFJ-SPF

I TAN TSAO, individually and on behalf of all
others similarly situated,

Plaintiff,

v.

Captiva MVP Restaurant Partners, LLC, a Florida
limited liability company, doing business as PDQ,

Defendant.

**NOTICE OF APPEAL**

Notice is hereby given that I Tan Tsao, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the District Court's from (1) an Order granting Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6)  entered in this action on the 1st day of November, 2018 (*See* Dkt. 46); and (3) the final judgment entered in this action on the 2nd day of November, 2018 (*See* Dkt. 47).

Respectfully submitted,

Dated: November 28, 2018

/s/      Steven W. Teppler
**ATTORNEYS FOR PLAINTIFF I TAN TSAO**
Fla Bar No.: 14787
Steven W. Teppler, Esq.
12920 Fernbank Lane
Jacksonville, FL 32223
Office: (202) 253-5670
Email: steppler@me.com

Francis J. "Casey" Flynn, Jr.*
Law Office of Francis J. Flynn, Jr.
422 South Curson Avenue
Los Angeles, California 90036
Tele: 314-662-2836
Email: Casey@LawOfficeFlynn.com

James J. Rosemergy*
CAREY, DANIS & LOWE
8235 Forsyth, Suite 1100

1

St. Louis, MO 63105
Tele: 314-725-7700
Direct: 314-678-1064
Fax: 314-721-0905
jrosemergy@careydanis.com

*To Seek Admission *Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**TAMPA DIVISION**

| | |
|---|---|
| I TAN TSAO, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No.:  8:18-cv-01606-WFJ-SPF |
| v. | |
| Captiva MVP Restaurant Partners, LLC, a Florida limited liability company, doing business as PDQ, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on November 28, 2018 a true and correct copy of **PLAINTIFF'S NOTICE OF APPEAL** was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/      Steven W. Teppler
**STEVEN W. TEPPLER**